LAKE COUNTY BAR ASSOCIATION *v.* MISMAS.

[Cite as *Lake Cty. Bar Assn. v. Mismas,* ___ Ohio St.3d ___, 2015-Ohio-327.]

(No. 2013-1248—Submitted January 23, 2015—Decided January 30, 2015.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, John Daniel Mismas, Attorney Registration No. 0077434, last known address in Willoughby, Ohio.

{¶ 2} The court coming now to consider its order of June 12, 2014, wherein the court, pursuant to former Gov.Bar R. V(6)(B)(3), suspended respondent for a period of one year with six months stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24)(C).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____